```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION


DANIEL L. BENDER,              )
                               )
            Plaintiff,         )
                               )
        v.                     )      No. 4:07-CV-313 CAS
                               )
MICHAEL ASTRUE,                )
                               )
            Defendant.         )
```

**ORDER OF DISMISSAL
PURSUANT TO
<u>28 U.S.C. § 1915(e)(2)(B)</u>**

In accordance with the memorandum and order of this date and incorporated herein,

**IT IS HEREBY ORDERED** that plaintiff's complaint is **DISMISSED**, without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B).

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith pursuant to 28 U.S.C. § 1915(a)(3).

                                          _/s/ Charles A. Shaw_____
                                          **CHARLES A. SHAW**
                                          **UNITED STATES DISTRICT JUDGE**

Dated this __19th__ day of June, 2007.